# Exhibit 3



CIS FOIA <foia@cis.org>

## Acknowledgement Letter

**foia@acf.hhs.gov** <foia@acf.hhs.gov>  
To: foia@cis.org

Sat, Jan 13, 2024 at 1:57 AM

Case No: 24-F-0113 (CIS#0103

December 26, 2023

Colin Farnsworth  
Center for Immigration Studies

Dear Colin Farnsworth:

This will acknowledge receipt of your Freedom of Information Act (FOIA) request received by this office. Your request has been assigned a case number based on the time it was received in this office and is being processed as expeditiously as possible. The actual processing time will depend on the complexity of your request and whether sensitive records, voluminous records, extensive search, and/or consultation with other HHS components or other executive branch agencies are involved. There may be a charge for these records and, in some cases, the charges may be substantial.

If you have any questions, please email FOIA@acf.hhs.gov or call 1-888-747-1861, or write to us at:

Freedom of Information Act Office  
Administration for Children and Families  
4th Floor  
Mary E. Switzer Building  
330 C Street, SW  
Washington, D.C.  20201

Please use the case tracking number at the top of the page when discussing your request.

Sincerely,

    Celeste Smith  
    FOIA Officer  
    Administration for Children and Families